UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| HORENSTEIN, NICHOLSON & BLUMENTHAL<br><br>and<br><br>MICHAEL A. RAKE,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 3:21-cv-295<br><br><br><br><u>COMPLAINT IN THE NATURE OF MANDAMUS</u> |

NOW COME the Plaintiffs, Horenstein, Nicholson & Blumenthal and Michael A. Rake and complain against the Defendant as follows:

1. Plaintiff, Horenstein, Nicholson & Blumenthal, is a professional corporation with its principal offices in Dayton, Ohio and is incorporated in the State of Ohio. Michael A. Rake is an attorney duly admitted to the Ohio Bar and a managing partner of Horenstein, Nicholson & Blumenthal.

2. The Defendant, Commissioner of the Social Security Administration, is an agency of the United States government.

3. Pursuant to the All Writs Act, 28 U.S.C. §1651(a), the Plaintiff brings this action for mandamus against the Defendant, Commissioner of Social Security, an independent agency of the United States Social Security Administration.

4. The Plaintiff and its several attorney employees have previously represented various clients seeking disability benefits from the Social Security Administration (hereafter the "agency").

5. The various attorneys employed by Plaintiff, Horenstein, Nicholson & Blumenthal, have successfully obtained the award of benefits from the agency on the cases attached. Despite the cases being approved many months ago, the retroactive benefit payments have not been paid. These claimants have suffered financial and medical harm as a result of the Agency's failure to timely pay what is owed. *See* attached Exhibit A.

6. Plaintiff is also owed fees for the cases attached. *See* Exhibit B.

7. Following these favorable decisions, Plaintiff, through its employees, has contacted the relevant employees of the Defendant requesting payment for the client awards and for the approved or awarded fees. Calls, letters, faxes, and letters to Congressmen have all been unsuccessful in release of claimant benefits or attorney fees. Plaintiff asserts that monies are long past due. Plaintiff has contacted SSA management and attempted to work with attorneys at the Office of General Counsel to no avail. Phone calls are repeatedly ignored and go unanswered, messages are not returned. When the phone has been answered, Plaintiff's agents are told there is nothing pending and to call back in 60 to 90 days.

8. In this instance, there has been a failure by the Defendant, acting through the relevant employees, to pay both money owed to Social Security beneficiaries as well as the approved or awarded fees to the Plaintiff and his employed attorneys.

9. Despite the efforts of Plaintiff to obtain payment, all or part of the benefits and fees approved or awarded in this case remain outstanding and unpaid.

10. The Commissioner, acting through her subordinates, has a mandatory, non-delegable duty to certify for payment of both benefits and fees which have been approved or

awarded.

11.  Having been duly found eligible for payment of benefits and fees, Plaintiffs are entitled to have the Defendant certify the approved or awarded amount of each fee to the Treasury Department for payment.

WHEREFORE, Plaintiff seeks judicial review by this Court and the entry of a judgment in the nature of mandamus compelling the Commissioner to act to process the various fee approvals, awards, and fees due and certify to the Treasury Department that payment is to be made in each of the outstanding amounts, and/or for such other and further relief as may be proper, including costs and attorney's fees pursuant to the Equal Access to Justice Act.


DATED: October 25, 2021                /s/Michael A. Rake
                                       Michael A. Rake, Attorney for Plaintiff
                                       Ohio Bar No.  078815
                                       Horenstein, Nicholson & Blumenthal
                                       124 E. Third St., 5th Floor
                                       Dayton, OH  45402
                                       (937) 224-7200
                                       mstark@hnb-law.com

EXHIBIT A

Brendan Whelley - ▮▮▮▮▮▮ – Decision Date: 7/18/2019
Mary Peyton – ▮▮▮▮▮▮ – Decision dated: 1/28/2021
Hustus Williams – ▮▮▮▮▮▮ – Decision dated: 1/8/2021
Toni Moore – ▮▮▮▮▮▮ – Decision dated: 1/19/2021
Shenita Defurr - ▮▮▮▮▮▮ – Decision dated: 1/21/2021
Edward Roberts – ▮▮▮▮▮▮ – Decision dated: 3/11/2021
Tabitha Honaker-West - ▮▮▮▮▮▮ – Decision dated: 3/17/2021
Tracy Dunaway - ▮▮▮▮▮▮ – Decision dated: 3/24/2021
Brenda Snedigar – ▮▮▮▮▮▮ – Decision dated: 4/21/2021
Roberta Stewart – ▮▮▮▮▮▮ – Decision dated: 4/26/2021
Karaun Ward – ▮▮▮▮▮▮ – Decision dated: 5/6/2021
David Moore - ▮▮▮▮▮▮ – Decision dated: 5/19/2021
Nichelle Hill Johnson - ▮▮▮▮▮▮ – Decision dated 6/1/2021
Becky Hawkins – ▮▮▮▮▮▮ – Decision 6/14/2021
Nicholas Rye - ▮▮▮▮▮▮ – Decision dated 6/24/2021
Traci Gray – ▮▮▮▮▮▮ – Decision dated: 6/25/2021

<u>EXHIBIT B</u>

Lauri Burnett - ▉▉▉▉▉▉ – Decision dated: 7/5/2019
James Goffe - ▉▉▉▉▉▉ – Decision dated: 5/7/2020
Dawn Roden - ▉▉▉▉▉▉ – Decision dated: 6/25/2020
Melissa Fyffe - ▉▉▉▉▉▉ – Decision dated: 7/27/2020
Tami Dalton-Phillips - ▉▉▉▉▉▉ – Decision dated: 9/24/2020
Mary Lovelace - ▉▉▉▉▉▉ – Decision dated: 9/30/2020
Joel Behnken - ▉▉▉▉▉▉ – Decision dated: 10/30/2020
Jarvis Anderson - ▉▉▉▉▉▉ – Decision dated: 11/17/2020
Victoria Wright – ▉▉▉▉▉▉ – Decision dated: 10/30/2020
Edward Beck - ▉▉▉▉▉▉ – Decision dated: 11/16/2020
Claudia Fluhart - ▉▉▉▉▉▉ – Decision dated: 11/23/2020
Travis Williams - ▉▉▉▉▉▉ – Decision dated: 11/23/2020
Timothy Bond - ▉▉▉▉▉▉ – Decision dated: 12/18/2020
Nicole Tajkowski - ▉▉▉▉▉▉ – Decision dated: 12/21/2020
Tracey Clayton - ▉▉▉▉▉▉ – Decision dated: 12/21/2020
Hustus Williams - ▉▉▉▉▉▉ – Decision dated: 1/8/2021
Melissa Sparks - ▉▉▉▉▉▉ – Decision dated 1/8/2021
Charles Fish - ▉▉▉▉▉▉ – Decision dated: 1/28/2021
Deborah Brecht - ▉▉▉▉▉▉ – Decision dated: 1/26/2021
Tammy Garland – ▉▉▉▉▉▉ – Decision Dated: 2/11/2021
Barbara Ladwig – ▉▉▉▉▉▉ – Decision dated: 4/15/2021