UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HORENSTEIN, NICHOLSON,
& BLUMENTHAL, *et al.*,

    Plaintiffs,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:21-cv-295

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

**ORDER: (1) GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS WITH PREJUDICE PETITION FOR A WRIT OF MANDAMUS (Doc. No. 6); (2) DISMISSING THIS CASE WITH PREJUDICE; AND (3) TERMINATING THE CASE ON THE DOCKET**

---

This civil case is before the Court on Plaintiffs' unopposed motion to dismiss with prejudice their petition for a writ of mandamus. Doc. No. 6. Because Plaintiffs advise the Court that the matter is resolved and moot, the Court **GRANTS** Plaintiffs' unopposed motion. Accordingly, Plaintiffs' petition for a writ of mandamus is **DISMISSED WITH PREJUDICE**. This case is **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

  February 1, 2022                             /s Michael J. Newman
                                                                  Hon. Michael J. Newman
                                                                   United States District Judge